# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| JEFFERY CHROSTOWKSI ) | Case No. 17-23826-CMB |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| JEFFERY CHROSTOWKSI, ) | |
| Movant, ) | Doc. No. _____ |
| ) | |
| v. ) | |
| ) | Related to Doc. No.   19, 20, 21 |
| BEACON SALES ACQUISITION, INC. ) | |
| ) | Hearing Date and Time: |
| Respondent. ) | Feb. 13, 2018; 1:30 p.m. |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO AVOID LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Lien filed on January 11, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing and Response Deadline, objections to the Motion were to be filed and served no later than January 30, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  February 1, 2018           **STONECIPHER LAW FIRM**
　　　　　　　　　　　　　　　　　　/s/ *Ronald B. Roteman*
　　　　　　　　　　　　　　　　　　Ronald B. Roteman, Esq.
　　　　　　　　　　　　　　　　　　PA ID No. 66809
　　　　　　　　　　　　　　　　　　125 First Avenue
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　(412) 391-8510 phone
　　　　　　　　　　　　　　　　　　rroteman@stonecipherlaw.com
　　　　　　　　　　　　　　　　　　Attorney for Debtor