# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| JEFFERY CHROSTOWKSI ) | Case No. 17-23826-CMB |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| JEFFERY CHROSTOWKSI, ) | |
| Movant, ) | Doc. No. ____ |
| ) | |
| v. ) | |
| ) | Related to Doc. No.  19 |
| BEACON SALES ACQUISITION, INC. ) | |
| ) | Hearing Date and Time: |
| Respondent. ) | February 13, 2018 |

**ENTERED BY DEFAULT**

## ORDER OF COURT

AND NOW, this 2nd day of  February , 2018, upon consideration of the foregoing Motion to Avoid Transfer And Lien (the "Motion"), and after such notice and hearing as is appropriate, it is hereby

ORDERED that the above-captioned Motion is GRANTED; and it is hereby further

ORDERED that the transfer of the Judgment and its recordation in the Butler County Court of Common Pleas on or about July 21, 2017 at case number 2017-21360 (the "Transfer and Recordation"), is voided; and it is hereby further

ORDERED, that as a result of the avoidance of the Transfer and Recordation, as it affects the interests of the Debtor Jeffery Chrostowski in his residential real property known as and located at 208 Oakview Drive, Prospect, Pennsylvania 16052 in Butler County (the "Residence"), having tax parcel identification number S2-20F, recorded in the Butler County Recorder's office at instrument number 200701020000055 on January 2, 2007, the lien created by the Transfer and Recordation shall be, and hereby is, void ab initio, and the Residence is hereby released from said lien.

FILED
2/2/18 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  **dmr**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23826-CMB
Jeffery Chrostowski                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 1              Date Rcvd: Feb 02, 2018
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
db              +Jeffery Chrostowski,    208 Oakview Drive,    Prospect, PA 16052-3144
14698600        +Beacon Sales Acquisitions, Inc.,    c/o David Abrams, Esquire,    Abrams Law Firm,
                  12A N. Meadowcroft Avenue,    Pittsburgh, PA 15216-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
      David K. Rudov    on behalf of Creditor    WOW PARTERSHIP, L.P. david@rudovlaw.com,
      drudov@rudovstein.com;rstein@rudovstein.com;drudov@gmail.com;cheryl@rudovlaw.com;ashley@rudovlaw.com
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
      bkgroup@kmllawgroup.com
      Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.epiqsystems.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronald B. Roteman    on behalf of Debtor Jeffery  Chrostowski rroteman@stonecipherlaw.com,
      ykocher@stonecipherlaw.com
                                                                                             TOTAL: 5